UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| KATHLEEN HURT,<br>    Plaintiff,<br>       v.<br>FRANK BISIGNANO,<br>Commissioner of Social Security<br>    Defendant | ) Case No. 2:25-cv-09081-DSR<br>)<br>)<br>)<br>) ~~[PROPOSED]~~<br>) **JUDGMENT FOR VOLUNTARY**<br>) **REMAND PURSUANT TO**<br>) **SENTENCE FOUR OF 42 U.S.C.**<br>) **§ 405(g)** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment, Doc. No. 21, ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

**IT IS SO ORDERED.**

Dated:  March 31, 2026     _____

THE HONORABLE DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE

-1-