UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN ELIZABETH HURT,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 2:25-cv-09081-DSR<br><br>[PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $9,600.00 as authorized by 28 U.S.C. § 2412, and no in costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: April 27, 2026       _____

HON. DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE